**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| DAVID CHALOEUNPORN, | : | No. 62 EM 2017 |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| COMMON PLEAS COURT OF PHILADELPHIA, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of June, 2017, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and the Application for an Immediate Hearing are **DENIED**.